## JOHNSTON *against* PERKINS.

IN ERROR.

A. brings an action of assumpsit before a justice of the peace against B. and recovers a judgment for a certain sum, from which B. appeals: the cause being afterwards tried in the common pleas, a verdict and judgment was rendered in favour of A. for the same sum. Held that A. was entitled to recover his costs since the appeal.

THIS record was returned upon a writ of error to Crawford county.

*James W. Perkins* brought a suit before a justice of the peace against *James Johnson*, and recovered a judgment on the 27th March, 1824, for fifteen dollars; from which *Johnston* appealed. The cause was afterwards tried in the common pleas, and on the 15th November, 1825, a verdict was rendered for the plaintiff for fifteen dollars. A motion was then made that judgment should be entered without costs; which the court on argument dismissed, and entered judgment generally for costs.—This was assigned for error in this court.

*Selden* for plaintiff in error.

The defendant obtained a more favourable judgment than that of the justice, because if the interest to which the plaintiff would be entitled was added, the sum would be greater than fifteen dollars.

*Derrickson* for defendant in error, was stopped by the court.

PER CURIAM.—We cannot say that any part of the judgment was made up of interest since the appeal, or that the appellant succeeded to the amount of a farthing. The interest being a small matter, the plaintiff may have abandoned it: and although a contrary presumption might be made to support a judgment, it cannot to reverse one. The judgment for costs is not only possibly, but probably right; and we are not to reverse on suspicion of error.

Judgment affirmed.